FEBRUARY 14, 1995

No. 94–1119. 20TH CENTURY INSURANCE CO. ET AL. *v.* QUACKENBUSH, CALIFORNIA INSURANCE COMMISSIONER, ET AL. Sup. Ct. Cal. Certiorari dismissed as to 20th Century Insurance Co. and 21st Century Casualty Co. under this Court's Rule 46. ▮

FEBRUARY 15, 1995

No. 94–891. DLG FINANCIAL CORP. ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46. ▮

FEBRUARY 16, 1995

No. 94–7100 (A–602). HAWKINS *v.* TEXAS, *ante,* p. 1118. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.